**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-23289-BLOOM/Elfenbein**

PEDRO ANAYA,

      Plaintiff,

v.

NEW HORIZONS CMHC, INC.,

      Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon Plaintiff Pedro Anaya's Complaint against Defendant New Horizons CMHC, Inc. ("Complaint"), ECF No. [1]. The matter was assigned to Magistrate Judge Marty Fulgueira Elfenbein pursuant to Administrative Order 2025-11. Because Judge Elfenbein did not possess authority to issue a dispositive order in this case, she issued a Report and Recommendations ("R&R") recommending that Plaintiff's Complaint be dismissed without prejudice for lack of subject-matter jurisdiction.[1] ECF No. [6] at 4.

The R&R advised the parties that they "have fourteen (14) days from the date of being served with a copy of this Report and Recommendation within which to file written objections, if any, with [this Court]." *Id.* To date, the parties have not filed objections, nor have they sought additional time to file objections. Nonetheless, the Court has conducted a *de novo* review of Judge Elfenbein's R&R and the record and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the

---

[1] Judge Elfenbein gave Plaintiff an opportunity to establish subject-matter jurisdiction and ordered Plaintiff to show cause by June 1, 2026, why the Court should not dismiss the action for lack of subject-matter jurisdiction. *See* ECF No. [5] at 4. Plaintiff failed to respond. *See* ECF No. [6] at 2.

Case No. 26-cv-23289-BLOOM/Elfenbein

Court finds Judge Elfenbein's R&R to be well reasoned and correct. The Court therefore agrees with the analysis and concludes that Plaintiff's Complaint is dismissed without prejudice.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Report and Recommendation, **ECF No. [6]**, is **ADOPTED**.

2. Plaintiff's Complaint, **ECF No. [1]**, is **DISMISSED WITHOUT PREJUDICE**.

3. Plaintiff's Motion to Proceed *in Forma Pauperis*, **ECF No. [3]**, is **DENIED as moot**.

4. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

5. The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, on June 17, 2026.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of record

Pedro Anaya
1255 NW 58 St.
#206
Miami, FL 33142
PRO SE

2